**William M. BRYSON, Jr.,
Petitioner–Appellant,**

v.

**Joseph V. SMITH, Warden of FCI
Edgefield, Respondent–
Appellee.**

No. 03–6125.

United States Court of Appeals,
Fourth Circuit.

Submitted March 20, 2003.

Decided March 31, 2003.

William M. Bryson, Jr., Appellant Pro Se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

William M. Bryson, Jr., a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Bryson v. Smith,* No. CA–02–3594–6–20–AK (D.S.C. Dec. 10, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*